McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
PAUL S. HAM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. KUEST,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Civil No. F-04-5300 OWW LJO<br><br>**STIPULATED DISMISSAL BETWEEN PLAINTIFF FRANK W. KUEST AND DEFENDANT UNITED STATES, and ORDER** |

Plaintiff, Frank W. Kuest, and Defendant, United States of America, through their respective attorneys, agree and stipulate as follows:

1.    On February 2, 2004, plaintiff Frank W. Kuest brought this action against the United States, seeking a refund for taxes allegedly overpaid and an adjudication by this Court that plaintiff did not willfully fail to collect and pay over certain withholding taxes to the Internal Revenue Service (26 U.S.C. Section 6672).

2.    On June 17, 2004, the United States answered Mr. Kuest's Complaint denying his allegations and counter-claiming that Mr. Kuest is indebted to the United States for outstanding Section 6672 tax liabilities, plus any penalties and interest, that were assessed against for the tax periods ending June 30, 1999, September 30, 1999, December 31, 1999, March 31, 2000, and June 30, 2001 ("tax periods at issue").

1      3.      The United States has made assessments against Mr. Kuest for the tax periods at issue as

2  follows:

3  | TAX PERIOD | TAX TYPE | ASSESSMENT DATE | AMOUNT ASSESSED |
|---|---|---|---|
| 06/30/1999 | 6672 | 03/07/2003 | $19,470.43 (1) |
| (Quarterly) | 6672 | 04/21/2003 | $   120.39 (2) |
|  | 6672 | 06/02/2003 | $     41.00 (3) |
| 09/30/1999 | 6672 | 03/07/2003 | $55,359.88 (1) |
| (Quarterly) | 6672 | 04/21/2003 | $   342.29 (2) |
| 12/31/1999 | 6672 | 03/07/2003 | $ 8,047.55 (1) |
| (Quarterly) | 6672 | 04/21/2003 | $     49.76 (2) |
| 03/31/2000 | 6672 | 03/07/2003 | $26,333.64 (1) |
| (Quarterly) | 6672 | 04/21/2003 | $   162.82 (2) |
| 06/30/2001 | 6672 | 03/07/2003 | $54,314.43 (1) |
| (Quarterly) | 6672 | 04/21/2003 | $   335.83 (2) |

(1) = Prompt Assessment
(2) = Interest Assessed
(3) = Fees and Collection Costs

4.      During the course of this litigation, Mr. Kuest has fully paid his liabilities to the United

States for the assessments made against him, as described in paragraph 3 above, inclusive of any accrued

interest.  Therefore, the United States has no further claim against Mr. Kuest for the assessments made

against him, as described in paragraph 3 above.

5.      Mr. Kuest agrees that he is not entitled to any refund for any amounts paid for the tax

periods at issue and agrees not to otherwise contest the assessments made against him, as described in

paragraph 3 above, for the tax periods at issue.

6.      The parties agree to bear their own costs incurred in this action, including attorney's fees

and costs.

////

7.      Frank W. Kuest and the United States are hereby dismissed from this action.


Dated this ___ day of June, 2005.          MCGREGOR W. SCOTT
                                           United States Attorney


                                           _____
                                           G. PATRICK JENNINGS
                                           PAUL S. HAM
                                           Trial Attorneys, Tax Division
                                           United States Department of Justice
                                           P.O. Box 683, Ben Franklin Station
                                           Washington, DC  20044-0683
                                           Telephone: (202) 307-6648
                                           Telephone: (202) 307-6421

                                           Attorneys for the United States



                                           _____
Dated this ___ day of June, 2005.          RICHARD G. ZIMMER
                                           JEREMY J. SCHRAEDER
                                           Clifford & Brown
                                           Bank of America Building
                                           1430 Truxtun Avenue, Suite 900
                                           Bakersfield, California 93301-5230
                                           Telephone: (661) 322-6023

                                           Attorneys for Frank W. Kuest


**IT IS SO ORDERED.**


Dated this _2nd_ day of ___August_____, 2005.

                                            /s/ OLIVER W. WANGER_____
                                           OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE